

# Fourth Court of Appeals
## San Antonio, Texas

August 26, 2020

No. 04-20-00265-CV

**DON KRUEGER CONSTRUCTION CO.**,
Appellant

v.

**POTEET INDEPENDENT SCHOOL DISTRICT**,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 16-03-00196-CVA-A
Honorable Russell Wilson, Judge Presiding

**ORDER**

In accordance with this court's opinion of this date, this appeal is DISMISSED. Costs are taxed against appellant. *See* TEX. R. APP. P. 42.1(d).

It is so **ORDERED** on August 26, 2020.

Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this August 26, 2020.

Michael A. Cruz, Clerk of Court